UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

ANTHONY BARNWELL,

                              Petitioner,

                                                              DECISION AND ORDER

                                                                  02-CV-6607L

                  v.

HOWARD RELIN, Monroe County
District Attorney,

                              Respondent.
_____

      This Court referred the petition of Anthony Barnwell for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254 to United States Magistrate Judge Victor E. Bianchini. The referral was pursuant to 28 U.S.C. § 636(b).

      Magistrate Judge Bianchini issued a thorough Report and Recommendation that this Court should grant respondent's motion to dismiss. No objections were filed to that Report and Recommendation. I have reviewed the Report and Recommendation, and I accept it in its entirety.

CONCLUSION

      The Report and Recommendation of United States Magistrate Judge Victor E. Bianchini (Dkt. #13) is in all respects accepted. Defendant's motion to dismiss the petition is granted and the petition is dismissed with prejudice.

      IT IS SO ORDERED.

                                              _____
                                                  DAVID G. LARIMER
                                               United States District Judge

Dated: Rochester, New York
       September 25, 2006.